**DISMISS and Opinion Filed July 22, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00141-CV**

**APRIL FUTCH, Appellant**
**V.**
**DHA: LITTLE MEXICO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-08403-B**

**MEMORANDUM OPINION**

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 31, 2024. By postcard dated June 3, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                                     /Craig Smith/
                                                     CRAIG SMITH
240141F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

APRIL FUTCH, Appellant

No. 05-24-00141-CV          V.

DHA: LITTLE MEXICO, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-08403-B.
Opinion delivered by Justice Smith. Justices Miskel and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 22, 2024